# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC-21 | E 1964552 | Jacobs | J0600 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 11/06/2024 1845 | Title 18 USCS 13 EXCLUSIVE |

**Place of Offense:** Summersill / Utah Ave

**Offense Description, Factual Basis for Charge** HAZMAT ☐
CVC 24603(e) Stop Lamps; Red light required

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| OVERLAND | DAVID | A |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7ZNE457 | CA | 17 | TOY/PRI |  | WHT |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ 55 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. COURT, 1415 STATE ST., SANTA BARBARA, CA, 93101
Date: TBD
Time: TBD

X Defendant Signature: [signed] David A. Overland

Original - CVB Copy

*E1964552*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **6 NOVEMBER**, 20**24** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**

I observed a white Toyota Prius (CA Registration # 7ZNE457) make a left turn onto Summersill Avenue from Juniper Street. I initiated a routine traffic stop and made contact in the parking lot of the gas station on Utah Avenue. The driver later identified as OVERLAND, DAVID via his California Driver's License (# V8028864) verified via DATAMAXX. OVERLAND stated "it was his wife's car. He was unaware he was driving with his parking lights on." OVERLAND confirmed his address to be accurate. OVERLAND was cited for violation of CVC 24603(e) Stop Lamps; Red Light Required.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/06/2024   [signed] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident.

CVB SCAN 11/20/2024 14:1